CITY BANK FARMERS TRUST COMPANY, as Executor and Trustee, etc., of PETER COOPER HEWITT, Deceased, Appellant, v. HEWITT REALTY COMPANY and Others, Individually and as Directors of the HEWITT REALTY COMPANY, Respondents.

Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Dowling, P. J., and Martin, J., dissent.

MARTIN, J. (dissenting). I dissent, and vote for reversal. I am of the opinion that the facts disclosed by the record are sufficient to warrant a finding that the

directors of the defendant corporation should have declared dividends. ( *Kava-naugh* v. *Kavanaugh Knitting Co.*, 226 N. Y. 185; *Dodge* v. *Ford Motor Co.*, 204 Mich. 459; 170 N. W. 668; *Hiscock* v. *Lacy*, 9 Misc. 578.) Dowling, P. J., concurs.